IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WILLIE WEAVER,

        Plaintiff,                  No. CIV S-12-0447 CKD P

    vs.

JENNINGS, et al.,

        Defendants.        <u>ORDER</u>

_____/

        Plaintiff, a Sacramento County jail prisoner proceeding pro se, has filed a complaint alleging a violation of civil rights under 28 U.S.C. § 1983. Plaintiff has not, however, paid the $350.00 filing fee. Good cause appearing, plaintiff will be granted 21 days within which to pay the filing fee. If the filing fee is not submitted to the court within 21 days, the court will recommend that this action be dismissed.

        Ordinarily, plaintiff would have to option of filing an application to proceed in forma pauperis. However, on April 20, 2007 in <u>Weaver v. California Correctional Institution A-4 A-4, et al.</u>, 1:06-cv-1429 OWW SMS P, a judge of this district found that plaintiff has "struck out" under 28 U.S.C. § 1915(g). Judgment in that case is final. That being the case, plaintiff can only proceed in forma pauperis if he alleges he is "under imminent danger of serious physical injury." 28 U.S.C. § 1915(g). Plaintiff makes no such allegation.

1

1    In accordance with the above, IT IS HEREBY ORDERED that:

2    1. Plaintiff is directed to pay the $350 filing fee for this action within 21 days; and

4    2. Failure to pay the filing fee will result in a recommendation that this action be dismissed.

Dated: March 8, 2012

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
weav.0447.3ks